against Fred W. Kerr, Max Schneider, and Joseph Levin. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

---

PEOPLE, Respondent, v. MANGHAVITA, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Giovanni Manghavita. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted.

---

PEOPLE v. METROPOLITAN SURETY CO. H. B. SMITH CO. v. YAWGER. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York against the Metropolitan Surety Company. Claim of the H. B. Smith Company against John F. Yawger, as receiver of the Metropolitan Surety Company. No opinion. Order reversed, with $10 costs and disbursements, and claim dismissed, on the authority of People v. Metropolitan Surety Co., Matter of Baldwin, 150 App. Div. 885, 133 N. Y. Supp. 1055.

---

PEOPLE, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Proceeding by the People of the State of New York against Simon Miller. No opinion. Judgment of conviction and order affirmed.

---

PEOPLE, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Cornelius J. O'Connor. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

---

PEOPLE, Respondent, v. OGUJENOVICH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Proceeding by the People of the State of New York against Adam Ogujenovich and another. No opinion. Judgment of conviction and order affirmed.

---

PEOPLE, Respondent, v. RANDAZZO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Salvatore Randazzo. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. The appeal may be heard upon the original papers.

---

PEOPLE, Respondent, v. ROTHENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against Rebecca Rothenberg. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. SAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Proceeding by the People of the State of New York against John W. Sage. No opinion. Judgment of conviction affirmed.

---

PEOPLE, Respondent, v. SHIPPANI, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against John Shippani. No opinion. Motion denied, on condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted. The appeal may be heard upon the original papers.

---

PEOPLE, Respondent, v. SKEEL, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Proceeding by the People of the State of New York against Vern Skeel. No opinion. Judgment of conviction unanimously affirmed.

---

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Edward Smith. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default. See, also, 156 App. Div. 910; 141 N. Y. Supp. 1140, 143 N. Y. Supp. 1136.

---

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Proceeding by the People of the State of New York against May Smith. No opinion. Motion to dismiss appeal granted.

---

PEOPLE, Respondent, v. SORRENTINO, Appellant. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Proceeding by the People of the State of New York against Tony Sorrentino. No opinion. Motion denied, upon condition that defendant perfect his appeal, place the case on the calendar for the November term, and be ready for argument when reached; otherwise, motion granted.

---

PEOPLE ex rel. BALDWIN, Appellant, v. PRESCOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Proceeding by the People of the State of New York, on the relation of C. Whitney Baldwin, against Charles B. Prescott and others, as Board of Canvassers of town of Attica, Wyoming County, N. Y., and others. No opinion. Order affirmed, with costs.